

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00241-CV

MARTHA SORUM, Appellant

V.

KERRICK CASTLE, Appellee

Appeal from the 268th District Court of Fort Bend County. (Tr. Ct. No. 12-DCV-202865).

Appellant, Martha Sorum, has filed an unopposed motion to dismiss the appeal. After due consideration, the Court **grants** the motion to dismiss. Accordingly, the Court **dismisses** the appeal.

The Court orders that costs are taxed against the party incurring same.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 7, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.